No. 5074.—González et al., apldos., v. Vega, aplte.—C. D. San Juan. ▆▆▆ Dic. 17, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista en este caso una moción del apelante solicitando un nuevo término para radicar la transcripción de la evidencia en la corte de distrito y para elevar los autos al Tribunal Supremo, y otra de los apelados para desestimar, se declaró sin lugar la primera y con lugar la segunda porque el mero hecho de haberse presentado una moción sobre desestimación ante este tribunal no justifica en modo alguno la falta de diligencia por parte del apelante, no habiendo éste substanciado su alegación sobre los méritos de la apelación ni por argumentos ni citas de jurisprudencia, ni aun un *affidavit* de méritos.

No. 5156.—The United Porto Rican Bank, apldo., v. Nieves, demandada, Vela interventor-aplte.—C. D. Humacao. ▆▆▆ Dic. 17, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Con lugar la moción de desestimación por falta de instancia.

No. 5154.—Betances et al., apltes., v. The American Railroad Co. of Porto Rico, aplda.—C. D. San Juan. ▆▆▆ Dic. 17, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Con lugar la moción de desestimación, por falta de instancia.